514 A.2d 1370

**BOARD OF SUPERVISORS OF NEW BRITAIN TOWNSHIP, Appellee,**

v.

**BUCKS COUNTY CABLEVISION, Appellant.**

Supreme Court of Pennsylvania.

Argued April 16, 1986.

Decided Sept. 26, 1986.

Brad M. Jackman, Doylestown, for appellant.

George M. Bush, James M. Neill, Doylestown, Thomas L. Wenger, Karen Parenti Gunnison, Harrisburg, for amicus—Pa. State Assn. of Tp. Sup'rs.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

Affirmed on the Opinion of Commonwealth Court entered in this matter at 89 Pa.Commonwealth Ct. 276, 492 A.2d 461 (1985).

LARSEN, J., files a dissenting opinion.

LARSEN, Justice, dissenting.

I dissent and in support thereof cite the opinion in this case of the Court of Common Pleas of Bucks County, No. 83–6356–05–5, authored by The Honorable Isaac Garb.